# NO. 12-13-00186-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ALAN UTZ & ASSOCIATES, INC.,* **APPELLANT** | § | *APPEAL FROM THE 7TH* |
| *V.* | | |
| *ALL SAINTS EPISCOPAL SCHOOL, RED DOT CORPORATION, CECIL PADGETT D/B/A PADGETT & SON MASONRY & PADGETT MASONRY, LLC, COOPER PLASTERING, INC., ALTO CONCRETE FLOORS, BREEDLOVE SITE SERVICES, LLC D/B/A BREEDLOVE NURSERY AND LANDSCAPE COMPANY, AND JOHN ODEN D/B/A METAL & MORE, INC.,* | § | *JUDICIAL DISTRICT COURT* |
| **APPELLEES** | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant Alan Utz & Associates, Inc. has filed a motion to dismiss its appeal and has certified that all other parties to the appeal have been given notice of the filing of this motion. Because Alan Utz & Associates, Inc. has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted*** and the appeal is ***dismissed***.

Opinion delivered April 9, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

## APRIL 9, 2014

## NO. 12-13-00186-CV

**ALAN UTZ & ASSOCIATES, INC.,**
Appellant
V.
**ALL SAINTS EPISCOPAL SCHOOL, RED DOT CORPORATION,
CECIL PADGETT D/B/A PADGETT & SON MASONRY &
PADGETT MASONRY, LLC, COOPER PLASTERING, INC.,
ALTO CONCRETE FLOORS, BREEDLOVE SITE SERVICES, LLC
D/B/A BREEDLOVE NURSERY AND LANDSCAPE COMPANY,
AND JOHN ODEN D/B/A METAL & MORE, INC.,**
Appellees

Appeal from the 7th Judicial District Court
of Smith County, Texas. (Tr.Ct.No. 12-1098-A)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion is **granted** the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*